IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CLAIRE FITZGERALD,

Plaintiff,

vs.

JAMES R. BAUGHER, MICHAEL LOGUERCIO, ERIC KOMITEE, and MARGO K. BRODIE,

Defendants.

**8:26CV383**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On August 3, 2026, the Clerk of the Court sent an order to Plaintiff Claire Fitzgerald ("Plaintiff") at her last known address which was returned to this Court as undeliverable. *See* Filing No. 6. Plaintiff has an obligation to keep the court informed of her current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown. IT IS THEREFORE ORDERED that:

1. Plaintiff must update her address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2 The Clerk of the Court is directed to send a copy of this Memorandum and Order to Plaintiff's last known address of: 277 Walnut Ave Oklahoma City, OK 73159.

3. The Clerk of the Court is further directed to set a pro se case management deadline in this case using the following text: **September 21, 2026**: check for address.

Dated this 20th day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court